IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DAVID MCENERNEY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>T.D. BANK, N.A.,<br><br>　　　　　　Defendant. | Civil No. 16-2918 (JBS/JS) |
| CHRISTINE KRULAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>T.D. BANK, N.A.,<br><br>　　　　　　Defendant. | Civil No. 16-2919 (JBS/JS) |

**O R D E R**

　　The Court intending to efficiently manage the related T.D. Bank cases,

　　IT IS HEREBY ORDERED this 26th day of May, 2016, as follows:

　　1.　All pleadings and motions are STAYED pending further Order of the Court.

　　2.　A status conference will be held on **June 3, 2016 at 2:00 p.m.** in Courtroom 4A.

1

3. Prior to the scheduled conference, all parties in the related cases shall meet and confer in-person or by phone to discuss case management issues. By June 1, 2016, the parties shall serve a joint letter listing issues to discuss.

                                                s/Joel Schneider
                                                JOEL SCHNEIDER
                                                United States Magistrate Judge