UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| REGINA C. FILANNINO-RESTIFO, on Behalf of Herself and All Others Similarly Situated,<br><br>                    Plaintiff,<br>          -vs.-<br><br>TD BANK, N.A,<br>                    Defendant. | Case No.: 16-2374 (JBS-JS) |
| DAVID DIAZ and RYAN FRANCO, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br>          -vs.-<br><br>TD BANK, N.A,<br>                    Defendant. | Case No.: 16-2395 (JBS-JS) |
| NONA LUCE, on Behalf of Herself and All Others Similarly Situated,<br><br>                    Plaintiff,<br>          -vs.-<br><br>TD BANK, N.A,<br>                    Defendant. | Case No.: 16-2621 (JBS-JS) |
| DAVID SPECTOR, on Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br>          -vs.-<br><br>TD BANK, N.A,<br>                    Defendant. | Case No.: 16-2682 (JBS-JS) |

| | |
|---|---|
| **DAVID McENERNEY, on Behalf of Himself and All Others Similarly Situated,**<br><br>                    Plaintiff,<br>     -vs.-<br><br>**TD BANK, N.A,**<br>                    Defendant. | **Case No.: 16-2618 (JBS-JS)** |
| **CHRISTINE KRULAN, Individually and on Behalf of All Other Persons Similarly Situated,**<br><br>                    Plaintiffs,<br>     -vs.-<br><br>**TD BANK, N.A,**<br>                    Defendant. | **Case No.: 16-02919 (JBS-JS)** |
| **JUAN CARLOS MACIAS, Individually and on Behalf of All Other Persons Similarly Situated,**<br><br>                    Plaintiffs,<br>     -vs.-<br><br>**TD BANK, N.A,**<br>                    Defendant. | **Case No.: 16-03420 (JBS-JS)** |
| **JEFFREY FEINMAN, Individually and on Behalf of All Other Persons Similarly Situated,**<br><br>                    Plaintiffs,<br>     -vs.-<br><br>**TD BANK, N.A,**<br>                    Defendant. | **Case No.: 16-2621 (JBS-JS)** |

## UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Representative Plaintiffs, Regina C. Filannino-Restifo, David Diaz, Ryan Franco, Nona Luce, David Spector, David McEnerney, Christine Krulan, Juan Carlos Macias, Crossroad Foundation, Andrew Sobczak, Alexis Mullen, Tracy Olechowski and Jeffrey Feinman (the "Representative Plaintiffs"), having reached an agreement in principle with Defendant, TD Bank, N.A. (herein "TD Bank" and, together with Representative Plaintiffs, the "Parties") to settle the above captioned cases, respectfully move this Court to enter the proposed Order Preliminarily Approving Proposed Settlement, Approving Class Notice, and Scheduling Settlement Hearing (the "Preliminary Approval Order").

In support of this unopposed motion, Representative Plaintiffs submit the enclosed memorandum of law and their Settlement Agreement with TD Bank, which is attached to the Certification as Exhibit A.

Respectfully submitted this 22nd day of May 2017.

Dated: May 22, 2017

__/s/ Stephen P. DeNittis__
Stephen P. DeNittis, Esquire
**DENITTIS OSEFCHEN, P.C.**
525 Route 73 North – Suite 410
Marlton, New Jersey 08053
*On behalf of Plaintiffs David Spector, Regina Filannino-Restifo*

And

Jeffrey Smith, Esquire
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP**
270 Madison Avenue
New York, NY 10016
*On behalf of Plaintiff Regina Filannino-Restifo*

Bruce Heller Nagel, Esquire
Robert H. Solomon, Esquire
Greg M. Kohn, Esquire
**NAGEL RICE, LLP**
103 Eisenhower Parkway
Roseland, New Jersey 07068
*On behalf of Plaintiffs Christine Krulan, David Diaz and Ryan Franco*

Michael Elliot Criden, Esquire
Lindsey Caryn Grossman, Esquire
Kevin Bruce Love, Esquire
**CRIDEN & LOVE, P.A.**
7301 SW 57th Court – Suite 515
South Miami, FL 33143
*On behalf of Plaintiff Juan Carlos Macias*

John D. Radice, Esquire
Kenneth B. Pickle, Esquire
**RADICE LAW FIRM, P.C.**
34 Sunset Boulevard
Long Beach, NJ 08008
*On behalf of Plaintiff David McEnerney*

Jeffrey H. Squire, Esquire
Lawrence P. Eagel, Esquire
David J. Stone, Esquire
**BRAGAR EAGEL & SQUIRE, P.C.**
885 Third Avenue – Suite 3040
New York, NY 10022
*On behalf of Plaintiff Jeffrey Feinman*


Michael J. DeBenedictis, Esquire
**DeBENEDICTIS & DeBENEDICTIS**
20 Brace Road – Suite 350
Cherry Hill, NJ 08034
*On behalf of Plaintiff Nona Luce*