BRUCE H. NAGEL #025931977
NAGEL RICE, LLP
103 Eisenhower Parkway, Ste. 103
Roseland, NJ  07068
973-618-0400
bnagel@nagelrice.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| REGINA C. FILANNINO-RESTIFO, on Behalf of Herself and All Others Similarly Situated,<br><br>      Plaintiff,<br>   -vs.-<br><br>TD BANK, N.A,<br>      Defendant. | Case No.: 16-2374 (JBS-JS) |
| DAVID DIAZ and RYAN FRANCO, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br>   -vs.-<br><br>TD BANK, N.A,<br>      Defendant. | Case No.: 16-2395 (JBS-JS) |
| NONA LUCE, on Behalf of Herself and All Others Similarly Situated,<br><br>      Plaintiff,<br>   -vs.-<br><br>TD BANK, N.A,<br>      Defendant. | Case No.: 16-2621 (JBS-JS) |
| DAVID SPECTOR, on Behalf of Himself and All Others Similarly Situated,<br>      Plaintiff,<br>   -vs.-<br><br>TD BANK, N.A,<br>      Defendant. | Case No.: 16-2682 (JBS-JS) |

| | |
|---|---|
| DAVID McENERNEY, on Behalf of Himself and All Others Similarly Situated,<br>                Plaintiff,<br>    -vs.-<br>TD BANK, N.A,<br>                Defendant. | **Case No.: 16-2918 (JBS-JS)** |
| CHRISTINE KRULAN, Individually and on Behalf of All Other Persons Similarly Situated,<br>                Plaintiffs,<br>    -vs.-<br>TD BANK, N.A,<br>                Defendant. | **Case No.: 16-2919 (JBS-JS)** |
| JUAN CARLOS MACIAS, Individually and on Behalf of All Other Persons Similarly Situated,<br>                Plaintiffs,<br>    -vs.-<br>TD BANK, N.A,<br>                Defendant. | **Case No.: 16-3420 (JBS-JS)** |
| JEFFREY FEINMAN, Individually and on Behalf of All Other Persons Similarly Situated,<br>                Plaintiffs,<br>    -vs.-<br>TD BANK, N.A,<br>                Defendant. | **Case No.: 16-3435 (JBS-JS)** |

**MOTION FOR REALLOCATION OF ATTORNEYS' FEES
OR ALTERNATIVELY FOR THE APPOINTMENT OF RETIRED
<u>FEDERAL MAGISTRATE JOEL ROSEN TO ACT AS SPECIAL MASTER</u>**

Nagel Rice, LLP, co-lead counsel for the class, in the above matter, respectfully moves before this Court to enter an Order reallocating the attorneys' fee split to eight firms or alternatively for the appointment of retired Federal Magistrate, Joel Rosen, to act as special master with respect to proper fee allocation.

In support of this motion, Nagel Rice, LLP, co-lead counsel, submits the attached Certification in support with exhibits.

Respectfully submitted this 25th day of April, 2018.


Dated:  April 25, 2018         s/*Bruce H. Nagel*
                               Bruce H. Nagel, Esq.
                               NAGEL RICE, LLP
                               103 Eisenhower Parkway, Suite 103
                               Roseland, NJ  07068
                               Co-lead counsel for the Class

3