## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| REGINA C. FILANNINO-RESTIFO, on Behalf of Herself and All Others Similarly Situated,<br><br>                          Plaintiff,<br>-vs.-<br><br>TD BANK, N.A.,<br>                          Defendant. | Case No.: 16-2374 (JBS-JS) |
| DAVID DIAZ and RYAN FRANCO, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiffs,<br>-vs.-<br><br>TD BANK, N.A.,<br>                          Defendant. | Case No.: 16-2395 (JBS-JS) |
| NONA LUCE, on Behalf of Herself and All Others Similarly Situated,<br><br>                          Plaintiff,<br>-vs.-<br><br>TD BANK, N.A.,<br>                          Defendant. | Case No.: 16-2621 (JBS-JS) |
| DAVID SPECTOR, on Behalf of Himself and All Others Similarly Situated,<br>                          Plaintiff,<br>-vs.-<br><br>TD BANK, N.A.,<br>                          Defendant. | Case No.: 16-2682 (JBS-JS) |
| DAVID McENERNEY, on Behalf of Himself and All Others Similarly Situated,<br>                          Plaintiff,<br>-vs.- | Case No.: 16-2618 (JBS-JS) |

| | |
|---|---|
| TD BANK, N.A., <br>                          Defendant. | |
| CHRISTINE KRULAN, Individually and on Behalf of All Other Persons Similarly Situated, <br><br>                          Plaintiffs, <br>      -vs.- <br><br> TD BANK, N.A., <br>                          Defendant. | Case No.: 16-02919 (JBS-JS) |
| JUAN CARLOS MACIAS, Individually and on Behalf of All Other Persons Similarly Situated, <br><br>                          Plaintiffs, <br>      -vs.- <br><br> TD BANK, N.A., <br>                          Defendant. | Case No.: 16-03420 (JBS-JS) |
| JEFFREY FEINMAN, Individually and on Behalf of All Other Persons Similarly Situated, <br><br>                          Plaintiffs, <br>      -vs.- <br><br> TD BANK, N.A., <br>                          Defendant. | Case No.: 16-2621 (JBS-JS) |

## AGREED ORDER ON MOTION FOR REALLOCATION OF ATTORNEYS' FEES

**THIS CAUSE** having come before the Court on the agreement of Plaintiffs' counsel to resolve the Motion for Reallocation of Attorneys' Fees, and the Court being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' counsel has reached an agreement regarding the reallocation of fees for the distribution of attorneys' fees in the following amounts:

| Firm | Agreed Reallocation |
|---|---|
| DeBenedictis | $138,360 |
| Nagel | $359,283 |
| DeNittis | $335,739 |
| Wolf | $310,674 |
| Radice | $285,468 |
| Criden | $285,468 |
| Bragar | $99,370 |
| Booth | $95,950 |

2. Any firm who received an initial distribution for a higher amount than the agreed reallocation as set forth above will remit funds in the appropriate amount to the DeNittis firm within fourteen (14) days of entry of this Order.

3. The DeNittis firm will then reissue checks to the firms who received an initial distribution for a lesser amount than the agreed reallocation as set forth above within ten (10) days from the expiration of the fourteen-day period.

4. This agreement resolves any and all pending matters regarding the allocation of attorneys' fees in these Actions.

It is so **ORDERED**.

Dated: June 29, 2018

JOEL SCHNEIDER
UNITED STATE MAGISTRATE JUDGE